**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADDISON SANDOVAL, LIONEL DUCOTE,
NICHOLAS KING, and RICHARD NEAL,
on behalf of themselves and other individuals
similarly situated,

                     Plaintiffs,

      -against-                                      21 **CIVIL** 7579 (LTS) (BCM)

                                                                     **JUDGMENT**

UPHOLD HQ INC.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 1, 2025, Defendant's Motion to Dismiss is granted with prejudice. Judgment is entered in favor of Defendant and the case is closed.

**Dated:** New York, New York

      May 2, 2025

                                                                        **TAMMI M HELLWIG**
                                                                         **Clerk of Court**

                                       **BY:**

                                                                       **Deputy Clerk**